# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Petition for Warrant or Summons for Person Under Supervision

Name of Offender:  Leon Barnes                              Docket No.: 1:21CR00123-1 MTS

Name of Sentencing Judicial Officer: The Honorable Matthew T. Schelp
United States District Judge

Date of Original Sentence: May 16, 2022

Original Offense:   Count 2r: False Statement To Federal Law Enforcement Officer
Count 3r: Resisting Arrest

Original Sentence: 54 months imprisonment and 2 years supervised release

Type of Supervision: Supervised Release                  Date Supervision Commenced: July 7, 2025
Expiration Date: July 6, 2027

Assistant U.S. Attorney: John N. Koester                 Defense Attorney: Evan C. Greenberg

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number

Standard Condition No.5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Special Condition (as modified on July 17, 2025):  You must reside in a residential reentry center for a term of not more than four months. You must follow the rules and regulations of the center.

### Nature of Noncompliance

On July 17, 2025, Barnes's special conditions were modified to include 120 days at a residential reentry center as Barnes did not have housing in the Eastern District of Missouri.

On July 29, 2025, Barnes reported to Dismas House as scheduled.

On August 4, 2025, the undersigned officer was contacted by John House, the Federal Program Director at Dismas House, about an incident that occurred earlier that day. An incident report was received documenting that Barnes was observed sitting in a chair near his bunk. He was observed swaying back and forth with his eyes closed. Barnes appeared to be under the influence of a substance. When staff called his name, Barnes opened his eyes but did not respond. Barnes was directed to the front desk to be searched and monitored. No contraband was found on Barnes. His behavior was consistent with the use of synthetic cannabinoids, or K2.

When interviewed, Barnes denied illicit drug use. He understands that using K2 is a violation to his conditions of supervision as well as a violation at the Dismas House. Barnes reported that he has not used illicit substances in years, but that he takes prescribed medications that cause him the issues reported in the incident report from the Dismas House on August 4, 2025.

On August 18, 2025, Barnes was discharged from the Dismas House due to ongoing concerns of drug use. During his discharge, Barnes provided the staff with an address of 5000 Edna, St. Louis, MO 63147.

On August 26, 2025, Dismas House staff provided the undersigned officer with another incident report for Barnes from August 14, 2025. The reporting supervisor was conducting a round at Dismas House. Barnes was observed standing at his locker, swaying back and forth, unable to keep his balance. Barnes was directed to report to the front desk. A pat search was conducted. Staff found an unknown substance rolled in tissue paper with burnt ends in his hand. This substance was seized from Barnes and placed into a safe.

Since being discharged from the Dismas House, there has been no contact with Barnes. The undersigned officer has attempted to reach him by phone on a text now number that he provided as well as on his wife's phone, which is now disconnected, on multiple occasions.

On August 28, 2025, a letter was mailed to Barnes at the release address that he provided to Dismas House Staff and to his wife's home located in Mansfield, MO directing him to report to the probation office on August 28, 2025. Barnes failed to report for this appointment. On September 2, 2025, the letter mailed to the address on Edna was returned to the sender due to the address not existing. On September 3, 2025, the letter mailed to the Mansfield, MO was returned with no forwarding address.

Barnes's whereabouts have been unknown since his unsuccessful discharge from the Dismas House on August 18, 2025.

**Violation Number**

Special Condition: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

## Nature of Noncompliance

On August 8, 2025, Barnes was instructed to start calling the random drug testing line and to report for all required drug screens.

On August 24, 2025, Barnes failed to report for a scheduled drug screen.

Barnes has not made himself available to be interviewed since he was discharged from the Dismas House on August 18, 2025.

## Previous Violations

N/A

**U.S. Probation Officer Recommendation:** It is recommended the Court issue a warrant and Barnes's term of supervision be revoked as he is not amenable to community supervision at this time. Barnes has been unsuccessfully discharged from the Dismas House for ongoing noncompliance and has absconded from this term of supervised release. As of the writing of this report, his whereabout remain unknown.

The Supervised Release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 03, 2025

Respectfully submitted,                                Approved,

by *BHarmon*                                           by *Lisa M. White*

Brandy J. Harmon                                       Lisa M. White
U.S. Probation Officer                                 Supervisory U.S. Probation Officer
Date: September 4, 2025                                Date: September 5, 2025

---

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
         Appearance Date:
         Appearance Time:
         Courtroom Number:
☐    Other

Signature of Judicial Officer

September 5, 2025
Date

4